**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.           Case No. 4:14-cr-00130 JLH
                Case No. 4:14-cr-00156 KGB

**ROBERT DEWAYNE KENNEDY**                                     **DEFENDANT**

## ORDER

On July 1, 2014, supervision in case number 4:14-cr-00130 was transferred to the Eastern District of Arkansas from the Western District of Tennessee, and case number 4:14-cr-00130 was randomly assigned to the docket of United States District Judge J. Leon Holmes. On August 8, 2014, supervision in case number 4:14-cr-00156 was transferred to the Eastern District of Arkansas from the Eastern District of Missouri, and case number 4:14-cr-00156 was randomly assigned to the docket of the undersigned.

The government filed a motion to revoke supervised release in each case on January 30, 2015, and arrest warrants were issued. Following defendant's initial appearance upon arrest before the duty magistrate on March 26, 2015, the government filed an unopposed motion to consolidate cases. The motions to consolidate are granted (Dkt. 14 in case number 4:14-cr-00130; Dkt. 11 in case number 4:14-cr-00156). The Clerk is directed to transfer case number 4:14-cr-00156 to the docket of United States District Judge J. Leon Holmes.

IT IS SO ORDERED this 1st day of April, 2015.

                                                      _____
                                                      Kristine G. Baker
                                                      United States District Judge