PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 31 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Dewayne Kennedy a/k/a Turk      Case Number: 4:14CR00156 JLH

Name of Sentencing Judicial Officer:   Honorable Rodney W. Sippel
United States District Judge
Eastern District of Missouri

Transferred:   July 18, 2014, 2014: Honorable Kristine G. Baker
United States District Judge
Eastern District of Arkansas

Reassigned:   April 1, 2015: Honorable J. Leon Holmes
United States District Judge
Eastern District of Arkansas

Original Offense:   Distribution of 5 Grams or More of Methamphetamine

Date of Sentence:   December 17, 2007

Original Sentence:   70 months BOP, 5 years supervised release, drug testing, substance abuse treatment, DNA, obtain GED, search, and $100 special penalty assessment

Revocation:   May 6, 2015: Time served, 2 years supervised release concurrent to 4:14CR00130, 5 months home detention with electronic monitoring with costs paid by the defendant, all general and standard conditions previously imposed remain in full force and effect, and substance abuse treatment with alcohol abstinence during treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: May 6, 2015
Date Supervision Expires: May 5, 2017

| U.S. Probation Officer: William P. Fennell | Asst. U.S. Attorney: Michael S. Gordon | Defense Attorney: Latrece Gray |
|---|---|---|

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

For the duration of his supervised release, the defendant will perform 20 hours of community service a week under the guidance and supervision of the probation office during any period of unemployment that exceeds one week.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Robert Kennedy          Case Number: 4:14CR00156 JLH

## CAUSE

The defendant has been unable to obtain or maintain regular employment since his release from custody on his original term of supervised release. Community service will provide the defendant employment skills and keep him involved with pro-social activities. After failing to obtain employment in November 2015, the defendant agreed to the above modification as part of a larger employment action plan. The defendant was afforded the chance to speak with counsel before waiving his right to a hearing.

The offender also submitted a urine specimen for testing December 8, 2015, that tested positive for hydrocodone and was diluted. Furthermore, the defendant has signed an admission form for using hydrocodone on December 8, 2015. The defendant did not have a prescription for this medication. The defendant has been returned to scheduled drug testing to monitor any future substance abuse.

William P. Fennell
U.S. Probation Officer

Date: 12-23-15

Michael Gordon
Assistant U.S. Attorney

Date: 12/30/15

Approved:

Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer

December 31, 2015

Date

| | | |
|---|---|---|
| Prob 12B | -3- | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |

Name of Offender: Robert Kennedy                         Case Number: 4:14CR00156 JLH

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

For the duration of his supervised release, the defendant will perform 20 hours of community service a week under the guidance and supervision of the probation office during any period of unemployment that exceeds one week.

Witness _____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

12-19-15
(Date)