**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                         No. 4:14CR00130-01 JLH
                           No. 4:14CR00156-01 JLH

ROBERT KENNEDY                                                                                DEFENDANT

## ORDER

Pending before the Court is the defendant's motion for continuance of the supervised release revocation hearing currently set for Wednesday, April 13, 2016. Without objection, the motion is GRANTED. Document #36 in case number 4:14CR00130 JLH; document #24 in case number 4:14CR00156 JLH.

IT IS HEREBY ORDERED that the hearing on the government's superseding motion to revoke is scheduled to begin on **FRIDAY, APRIL 15, 2016, at 10:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The Clerk of Court is directed to issue a summons for defendant **ROBERT KENNEDY** and deliver to the United States Marshal for service.

IT IS SO ORDERED this 7th day of April, 2016.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE