AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 15 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ROBERT KENNEDY | |

Case No. 4:14CR00130 JLH and 4:14CR00156 JLH
USM No. 34057-044

Nicole Lybrand
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General, Standard, Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of controlled substance | 02/29/2016 |
| 3 | Failure to report to probation officer as directed | 03/21/2016 |
| 4 | Failure to obtain employment as directed | 03/20/2016 |
| 5 | Failure to participate in substance abuse treatment as directed | 03/15/2016 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4198

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Blytheville, Arkansas

04/15/2016
Date of Imposition of Judgment

_(signature)_
Signature of Judge

J. Leon Holmes      U.S. District Judge
Name and Title of Judge

04/15/2016
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: ROBERT KENNEDY
CASE NUMBER: 4:14CR00130 JLH and 4:14CR00156 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SEVEN (7) MONTHS in each case to run concurrently with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration. The Court further recommends placement in the FCI Memphis, Tennessee, facility so as to remain near his family.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☑ before 2 p.m. on  05/16/2016 .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL